IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARRIUS DECNAN REDD, <br><br> Defendant. | No. 4:20-cr-00156-RGE-HCA <br><br><br> VERDICT FORM |

## COUNT 1

With respect to the crime of sex trafficking by force, fraud, or coercion as charged in Count 1 of the Indictment, we, the jury, unanimously find the defendant, DARRIUS DECNAN REDD:

_____ NOT GUILTY          __X__ GUILTY

## COUNT 2

With respect to the crime of use of a facility of interstate or foreign commerce in aid of a prostitution offense as charged in Count 2 of the Indictment, we, the jury, unanimously find the defendant, DARRIUS DECNAN REDD:

_____ NOT GUILTY          __X__ GUILTY

*CONTINUES ON NEXT PAGE*

## COUNT 3

With respect to the crime of distribution of a controlled substance to a person under the age of twenty-one as charged in Count 3 of the Indictment, we, the jury, unanimously find the defendant, DARRIUS DECNAN REDD:

_____ NOT GUILTY          __X__ GUILTY

We, the jury, unanimously agree to the verdicts above.

_9/24/2021_
Date

_____
Foreperson