IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 4:20-cr-000156 |
| Plaintiff, | : | |
| vs. | : | |
| DARRIUS DECNAN REDD, | : | MOTION TO WITHDRAW AS COUNSEL |
| | : | |
| Defendant. | : | |

COMES NOW, the Defendant, DARRIUS DECNAN REDD, by and through his attorney, F. Montgomery Brown of the law firm of F. Montgomery Brown, P.L.LC., who hereby moves to withdraw as counsel and in furtherance and support of his motion states the following:

1. The Defendant was convicted by jury on or about September 24, 2021 and is awaiting sentencing on the charges, currently scheduled for January 28, 2022.

2. That the undersigned appointed counsel file a Motion for New Trial on or about October 6, 2021.

3. During an IWeb telephone conference with the Defendant on October 7, 2021, the Defendant stated that he desires to raise an ineffective assistance of counsel claim via a Rule 33 Motion for New Trial, and at any other opportunity presented including direct appeal.

4. That the Defendant raised issues between himself and defense counsel in the IWeb discussion which counsel declines to pursue post-trial, or in all probability, on direct appeal.

5. That the Defendant has raised other critiques of counsel's performance and the attorney-client relationship that should be addressed *in camera*, and that constitute cause to withdraw.

WHEREFORE, the undersigned appointed counsel moves to withdraw following hearing on this matter.

/s/ F. Montgomery Brown

F. MONTGOMERY BROWN AT0001209
F.M. BROWN LAW FIRM, P.L.L.C.
1001 Office Park Road, Suite 108
West Des Moines, IA 50325
Telephone: (515) 225-0101
Facsimile: (515) 225-3737
Email: hskrfan@fmbrownlaw.com
ATTORNEY FOR DEFENDANT

Original Filed.
Copies to:

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

CERTIFICATE OF SERVICE

I hereby certify that on 8th Day of October, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Copies to:

Amy Jennings
Kyle J. Essley
Assistant United States Attorney
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309
Amy.Jennings2@usdoj.gov
Kyle.Essley@usdoj.gov